**No. 65265.**—Calvaire et al. *v.* United States, protests 59/30303, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, MARCH 8, 1961

**No. 65266.**—Charles M. Schayer *v.* United States, protest 59/25839 (Denver).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the involved cut diamonds and gold jewelry were manufactures of the United States, having been returned to the United States after having been exported, without having been advanced in value or improved in condition, and that all of the applicable customs regulations had been complied with, the claim of the plaintiff was sustained. Abstracts 47521 and 64361 followed.

**No. 65267.**—United China & Glass Co. *v.* United States, protests 316216–K/14991, etc. (New Orleans).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the merchandise was held dutiable as follows: (a) The items entered, or withdrawn from warehouse, for consumption prior to September 10, 1955, at 50 cents per dozen, but not less than 45 percent nor more than 70 percent ad valorem, under paragraph 212, as modified, by the General Agreement on Tariffs and Trade (T.D. 51802), supplemented by Presidential proclamation (T.D. 51909), and (b) all items entered, or withdrawn from warehouse, for consumption on and after September 10, 1955, at 45 percent under said paragraph, as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877).